**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Case no. 4:24-CR-101-CLM-JHE** |
| | ) | |
| BRIAN NICKLAUS BUCHANAN | ) | |

**NOTICE OF FILING**

Comes now the defendant, Brian Nicklaus Buchanan, by and through counsel, and gives notice

of filing character letters in support of his sentencing memorandum.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ Erin S. Atkins**
ERIN S. ATKINS
Assistant Federal Public Defender
659 Gallatin Street
Huntsville, Alabama 35801
(256) 684-8700
Erin_atkins@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I electronically filed the foregoing via this Court's

CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted.

**/s/ Erin S. Atkins**
ERIN S. ATKINS
Assistant Federal Public Defender

1