Daniela Turruelles



Dear Your Honor,

I respectfully write to you as someone who's seen firsthand Brian's self betterment and growth as a regular everyday Citizen, Coworker and now partner. I focus on truthfulness and my conviction over personal emotions/Feelings. Overtime Brian's social impact has been; to help others even if it means sometimes being last or less important, Learning ways to better improve society through his actions & Doing things in a righteous and honorable manner.

Regardless of his difficult upbringings and mental health/disability, Brian has modeled throughout this time he's worked hard and is committed to be better for himself and others despite the odds. He has suffered quite some penalties in life as is already and has well learned from past mistakes/situations including being a prime example to all. He's also helped numerous people and I be better along the way. Utilizing others and my experience he's truly proven himself good natured, compassionate, respectful and honest. He has rightfully earned a valuable and trustworthy reputation as well as worked hard on his due diligence and his contribution in society.

Brian has built his career and life up in a way for his future to be far from what his past was. He's worked tirelessly towards a brighter life/future & God willingly with grace and mercy, will. We are proud to have him in our community and lives and can only see him being better onwards. I hope you can consider an alternative to someone evidently trying to accomplish redeeming oneself.

You have my word and heartfelt sympathy. Thank you for your Consideration, Time & Efforts.

Sincerely yours,


Daniela Turruelles