**Susan Blair**



Your Sir or Madam,

I am writing regarding my son, Brian Buchanan. While many parents might write to defend their child or plead solely for leniency, my intention is to highlight the genuine growth Brian has demonstrated throughout his adulthood.

Brian struggled in high school, particularly with fitting into the traditional mold of a student. His challenges with ADHD, along with a period of hospitalization related to mental health, significantly influenced his development and understanding of the world. As a special education teacher, I have seen firsthand how individuals may require more time and experience to fully develop the skills necessary for adult decision-making. In Brian's case, his ability to manage impulsivity and fully comprehend consequences matured later than expected.

There was also a time when Brian and I faced difficulties in our relationship. I share this to emphasize that I am striving to be objective and transparent in my perspective. Over the past few years, however, Brian has made remarkable progress. He has become more open about his challenges and has actively worked to control his impulses. Today, he is living what I would describe as a truly responsible adult life—he is self-supporting and makes decisions with thoughtful intention.

Brian secured employment with Publix, where he began taking a serious interest in financial responsibility and long-term stability. He made the conscious decision to change his social circle, surrounding himself with peers who are employed full-time, financially responsible, and goal-oriented. With careful planning and research, he has even begun working toward purchasing his own home.

As a parent, I could not be more proud of the transformation he has achieved. Recognizing the need for a fresh start, Brian relocated from Illinois to North Carolina, where he has continued to build a stable and purposeful life.

While I firmly believe in accountability and consequences, I respectfully struggle to see how incarceration would benefit Brian or society in this case. He maintains regular communication with me and seeks guidance when faced with significant decisions. Importantly, when he feels impulsive, he

demonstrates self-awareness by reaching out for support rather than acting without thought.

Brian is actively building the life he always intended to have. I respectfully ask for mercy on his behalf. As an educator, I believe he would greatly benefit from—and contribute meaningfully to—an alternative such as community service. He has the potential to positively influence other young people who feel lost and may otherwise make choices that lead to lasting consequences.

Thank you for your time and consideration.

Sincerely,

Susan Blair